UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                    )
ALICE ANN FRIENDS                   )
182 Posting Way                     )
Charles Town, WV  25414,            )
        Plaintiff,                  )
                                    )
        v.                          )
                                    )
JOANNE B. BARNHART                  )
Commissioner of the Social          )
 Security Administration            )
6401 Security Blvd.                 )
Baltimore, MD  21235,               )
        Defendant.                  )
                                    )
                                    )
```

COMPLAINT

1.   This is a complaint for violation of the Rehabilitation Act of 1973, 29 U.S.C. § 791 *et seq*.

JURISDICTION AND VENUE

2.   This court has jurisdiction under 42 U.S.C. § 2000e-5(f).

3.   All acts and omissions complained of occurred, or should have occurred, in the District of Columbia.

## TIMELINESS AND EXHAUSTION

4.  All administrative remedies have been exhausted.

5.  Ms. Friends filed a timely formal complaint of discrimination on September 18, 2004.  No dispositive action has been taken on that complaint.  Upon the filing of this action, the administrative complaint will be automatically dismissed.

## PARTIES

6.  Plaintiff, Alice Ann Friends, was an employee of the Social Security Administration from September 2002 through September 2004.

7.  Defendant, Jo Anne B. Barnhart, is the Commissioner of the Social Security Administration and, therefore, is the proper defendant in an action seeking relief under the Rehabilitation Act.

## COUNT I

8.  Ms. Friends is deaf.

9.  Ms. Friends was hired by the Social Security Administration in September 2002, to work at the agency's Postal Plaza Field Office in Washington, D.C.

10.  Defendant denied Ms. Friends sufficient accommodation to her deafness during her initial one year

training period, so that Ms. Friends did not receive the same quality of training as non-deaf trainees did.

11. During the second year of Ms. Friends' employment, defendant denied her sufficient accommodation to her deafness when Ms. Friends would carry out her assigned duties of interviewing non-deaf claimants.

12. Throughout the period of Ms. Friends' employment, defendant denied her sufficient accommodation to her deafness as to allow her to communicate with her co-workers and supervisors and participate in office affairs on a basis equal to non-deaf employees, leading, among other things, to misunderstandings and to hostility towards Ms. Friends.

## COUNT II

13. The previous paragraphs are re-alleged.

14. In late 2003 defendant determined that Ms. Friends had performed satisfactorily during her first year of employment.

15. Beginning some time in 2004, defendant retaliated against Ms. Friends for seeking reasonable accommodation of her deafness.

16. Some time in 2004 defendant purportedly concluded that Ms. Friends was not able to work as independently as a journeyman-level claims representative is expected to work.

17. The alleged performance deficiencies were caused in large part by the defective training and the on-going failure and refusal to accommodate Ms. Friends' inability to hear what non-deaf claimants were trying to tell her during interviews.

18. In responding to Ms. Friends' perceived performance deficiencies, defendant failed to accommodate Ms. Friends' inability to hear.

19. In responding to Ms. Friends' perceived performance deficiencies, defendant did not provide Ms. Friends with the nature and extent of assistance required by law and regulation to allow her to comprehend the speech of SSA claimants.

20. In responding to Ms. Friends' perceived performance deficiencies, defendant did not consider placing her in a different position, the duties of which Ms. Friends could, with or without reasonable accommodation, perform.

21. In responding to Ms. Friends' perceived performance deficiencies, defendant discriminatorily failed to follow the requirements of 5 C.F.R. Part 432 in

assisting Ms. Friends to overcome the perceived performance deficiencies.

22. Defendant discharged or constructively discharged Ms. Friends in violation of the Rehabilitation Act.

WHEREFORE, plaintiff prays the court to:

1. Declare defendant has violated plaintiff's rights under the Rehabilitation Act;

2. Enjoin defendant from further violating plaintiff's rights under the Rehabilitation Act;

3. Hold that defendant has improperly discharged Ms. Friends without cause;

4. Order plaintiff reinstated with full back pay;

5. Award compensatory damages in the amount of $300,000 or otherwise sufficient to compensate plaintiff for her injuries caused by defendant's conduct;

6. Award plaintiff her attorney fees;

7. Award plaintiff the costs of her action; and

8. Provide such other relief as is proper.

Trial by jury is demanded.

Respectfully submitted,

*[signature]*

Thomas Gagliardo
8401 Colesville Rd
Ste 315
Silver Spring, MD  20910
(301) 589-1900

Bar No. 192575

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Alice Ann Friends

## DEFENDANTS

Jo Anne B. Barnhart

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas Gagliardo
8401 Colesville Rd
Ste 315
Silver Spring, MD  20910
(301) 589-1900
Bar No. 192575

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities- Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

⦿ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Employment discrimination in violation of Rehabilitation Act, 29 U.S.C. 791.

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 300,000   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

## VIII. RELATED CASE(S) IF ANY

(See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE October 17, 2006   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.