IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ALICE ANN FRIENDS,             )
          Plaintiff,           )
                               )
                               )
     v.                        )     06-CV-01762 ESH
                               )
JO ANNE B. BARNHART,           )
          Defendant.           )
                               )
_____)
```

NOTICE OF APPEARANCE

The clerk will please enter my appearance as lead counsel for plaintiff.  Mr. Gagliardo will serve as co-counsel.

Respectfully submitted,


Phillip R. Kete
Attorney for Plaintiff
General Counsel
Local 1923, American Federation
  of Government Employees
6401 Security Blvd.
G-314 West High Rise
Baltimore, MD  21235
D.C. Bar No. 375724


Phone     (410) 966-6500
FAX       (410) 597-0650
Email:    philkete@hotmail.com