UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE ANN FRIENDS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOANNE B. BARNHART, COMMISSIONER )<br>OF THE SOCIAL SECURITY )<br>ADMINISTRATION )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-1762 |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Michelle Johnson as counsel for defendant in the above-captioned case.

/s/
MICHELLE JOHNSON
Assistant United States Attorney
555 4th St., N.W., Room E4212
Washington, D.C.  20530
202-514-7139