IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICE ANN FRIENDS**, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 06-1762 (ESH)<br>) |
| **JOANNE B. BARNHART**,<br>Commissioner of the Social Security<br>Administration, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO OPPOSE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a two-week enlargement of time to file her opposition to Plaintiff's motion for partial summary judgment. In support of this motion, Defendant states the following:

1. Plaintiff filed her Complaint in this Court on October 17, 2006. In her two-count complaint, Plaintiff asserts claims pursuant to the Rehabilitation Act. Defendant's answer or response to the Complaint is due on or before January 16, 2007.

2. On December 20, 2006, Plaintiff filed a motion seeking partial summary judgment. Plaintiff seeks judgment on Count I of her complaint, in which she alleges that she was denied a reasonable accommodation.

3. The undersigned counsel has been in contact with the general counsel's office of the Social Security Administration, the agency where Plaintiff was employed. The general counsel's office is in the process of forwarding its administrative file to the undersigned counsel,

however, due to time constraints, this file has not yet been provided.

4.    Because the undersigned counsel has not yet received the complete administrative file pertaining to Plaintiff's claims she is requesting additional time so that she may thoroughly investigate the facts in this matter prior to responding to Plaintiff's motion for partial summary judgment.  Accordingly, Defendant seeks a two-week extension of time, up to and including January 16, 2007, the date her answer is due, in which to oppose Plaintiff's motion for partial summary judgment.

5.    Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that he does not oppose the relief sought in this motion.

Dated: December 29, 2006

        Respectfully submitted,

         /s/ Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

         /s/ Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR #  434122
        Assistant United States Attorney

         /s/ Michelle N. Johnson
        MICHELLE N. JOHNSON, D.C. BAR # 491910
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W. – Room E4212
        Washington, D.C. 20530
        (202) 514-7139

        COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICE ANN FRIENDS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1762 (ESH) |
| ) | |
| **JOANNE B. BARNHART**, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter having come before this Court on Defendant's Consent Motion for an Enlargement of Time to Oppose Plaintiff's Motion for Partial Summary Judgment, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file its response in opposition to Plaintiff's Motion for Partial Summary Judgment on or before January 16, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
ELLEN SEGAL HUVELLE
United States District Court Judge