IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICE ANN FRIENDS**,<br><br>Plaintiff,<br><br>v.<br><br>**JOANNE B. BARNHART**,<br>Commissioner of the Social Security<br>Administration,<br><br>Defendant. | Civil Action No.: 06-1762 (ESH) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND TO
OPPOSE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a two-week enlargement of time to answer or otherwise respond to Plaintiff's complaint and to file her opposition to Plaintiff's motion for partial summary judgment. In support of this motion, Defendant states the following:

1. Plaintiff filed her Complaint in this Court on October 17, 2006. In her two-count complaint, Plaintiff asserts claims pursuant to the Rehabilitation Act. Defendant's answer or response to the Complaint is due on or before January 16, 2007.

2. On December 20, 2006, Plaintiff filed a motion seeking partial summary judgment. Plaintiff seeks judgment on Count I of her complaint, in which she alleges that she was denied a reasonable accommodation. Defendant requested, and was granted, an extension of time to respond to Plaintiff's motion for partial summary judgment. Defendant's response to Plaintiff's motion was extended until January 16, 2007.

3. The undersigned counsel has been in contact with the general counsel's office

of the Social Security Administration, the agency where Plaintiff was employed. The general counsel's office has recently forwarded its administrative file to the undersigned counsel, however, due to time constraints and her commitments in other cases, the undersigned counsel has not yet been able to complete her review of the administrative record.

4. Because the undersigned counsel needs additional time so that she may thoroughly review the administrative record pertaining to this matter, as well as investigate the facts in this matter, Defendant seeks a two-week extension of time, up to and including January 30, 2007, in which to respond to the complaint and to oppose Plaintiff's motion for partial summary judgment.

5. Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that he does not oppose the relief sought in this motion.

A proposed Order accompanies this Motion.

Dated: January 12, 2007

                                                 Respectfully submitted,

                                                 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                 /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                 /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ALICE ANN FRIENDS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-1762 (ESH) |
| | ) | |
| **JOANNE B. BARNHART**, | ) | |
| Commissioner of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter having come before this Court on Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint and to Oppose Plaintiff's Motion for Partial Summary Judgment, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall respond to the Complaint and Plaintiff's Motion for Partial Summary Judgment on or before January 30, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
ELLEN SEGAL HUVELLE
United States District Court Judge