IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICE ANN FRIENDS**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 06-1762 (ESH) |
| **JOANNE B. BARNHART**, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND TO
OPPOSE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a one-day enlargement of time to answer or otherwise respond to Plaintiff's complaint and to file her opposition to Plaintiff's motion for partial summary judgment. In support of this motion, Defendant states the following:

1. Plaintiff filed her Complaint in this Court on October 17, 2006. In her two-count complaint, Plaintiff asserts claims pursuant to the Rehabilitation Act.

2. On December 20, 2006, Plaintiff filed a motion seeking partial summary judgment. Plaintiff seeks judgment on Count I of her complaint, in which she alleges that she was denied a reasonable accommodation. Defendant requested and received two prior extensions of time, extending its time to respond to Plaintiff's complaint and motion for partial summary judgment until January 30, 2007.

3. Due to a substantial case load, counsel for the Defendant has not completely finalized Defendant's response to Plaintiff's complaint. Although Defendant's response is

substantially complete, Defendant needs an additional day finalize her response.

    4.    Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that he does not oppose the relief sought in this motion.

A proposed Order accompanies this Motion.

Dated: January 30, 2007

                              Respectfully submitted,

                              /s/ Jeffrey A. Taylor
                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                            United States Attorney

                              /s/ Rudolph Contreras
                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                            Assistant United States Attorney

                              /s/ Michelle N. Johnson
                            MICHELLE N. JOHNSON, D.C. BAR # 491910
                            Assistant United States Attorney
                            United States Attorney's Office
                            Civil Division
                            555 4th Street, N.W. – Room E4212
                            Washington, D.C. 20530
                            (202) 514-7139

                            COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ALICE ANN FRIENDS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1762 (ESH) |
| ) | |
| **JOANNE B. BARNHART**, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

This matter having come before this Court on Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint and to Oppose Plaintiff's Motion for Partial Summary Judgment, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall respond to the Complaint and Plaintiff's Motion for Partial Summary Judgment on January 31, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
ELLEN SEGAL HUVELLE
United States District Court Judge