**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALICE ANN FRIENDS**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 06-1762 (ESH) |
| | ) |
| **JOANNE B. BARNHART**, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant, Joanne B. Barnhart, hereby files her notice of filing a cross-motion for summary judgment. Defendant's memorandum of law and other supporting materials accompany her opposition to Plaintiff's motion for partial summary judgment (Docket No. 8).

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

Of Counsel:

Nicholas R. Cerulli
Craig Ormson
Assistant Regional Counsel
Social Security Administration
Office of the General Counsel – Region III
P.O. Box 41777