```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

```
_____
                               )
ALICE ANN FRIENDS,             )
         Plaintiff,            )
                               )
         v.                    )
                               )  06-CV01762-ESH
JOANNE B. BARNHART,            )
         Defendant.            )
                               )
_____)
```

PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND

TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, plaintiff respectfully moves this court for a two-week enlargement of time to respond to defendant's cross-motion for summary judgment.

Plaintiff had filed a motion for partial summary judgment on December 20, 2006, covering only the first count of her complaint. On January 31, 2007, defendant responded, as she was entitled to, with a cross-motion for summary judgment that covered both count I and II and with a memorandum that supported that motion and served as an opposition to plaintiff's motion. Defendant's papers included both a response to plaintiff's statement of material facts and defendant's own affirmative

statement of material facts as to which there is no genuine dispute.

Although plaintiff's counsel has been working diligently, he has to do substantially more legal research and factual investigation to determine whether to oppose defendant's count II motion directly under Rule 56(e) or with a response invoking Rule 56(f).  In addition, defendant's theory of the case creates an overlap between counts I and II, thereby making response to the count I issues more complicated that counsel had anticipated.

For these reasons, plaintiff seeks a two-week extension of time, to March 26, 2007, to respond to the pending motion.

Pursuant to LCvR 7(m), counsel for defendant has been contacted and she does not oppose this motion.


Respectfully submitted,

/s/

Phillip R. Kete
General Counsel, AFGE Local 1923
G-314 West Highrise
6401 Security Blvd.
Baltimore, MD  21235
D.C. Bar No. 375724
(410) 966-6500

February 7, 2007

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

```
_____
                              )
ALICE ANN FRIENDS,            )
         Plaintiff,           )
                              )
         v.                   )
                              )   06-CV01762-ESH
JOANNE B. BARNHART,           )
         Defendant.           )
                              )
_____)
```

ORDER

Upon consideration of plaintiff's consent motion for an enlargement of time to respond to defendant's motion for summary judgment, it is hereby

ORDERED that plaintiff's motion is granted.  It is further

ORDERED that plaintiff shall respond to defendant's summary judgment motion by February 26, 2007.


SO ORDERED this ___ day of _____, 2007.


                                    _____
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge