```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                      )
ALICE ANN FRIENDS,                    )
        Plaintiff,                    )
                                      )
        v.                            )
                                      )   06-CV01762-ESH
JOANNE B. BARNHART,                   )
        Defendant.                    )
                                      )
_____)


PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND

TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT


　　　Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, plaintiff respectfully moves this court for a one-week enlargement of time to respond to defendant's cross-motion for summary judgment.

　　　The additional time required because unanticipated workload during the past week has interfered with counsel's ability to concentrate on this memorandum.

　　　For these reasons, plaintiff seeks a one-week extension of time, to March 5, 2007, to respond to the pending motion.

　　　Pursuant to LCvR 7(m), counsel for defendant has been contacted and she does not oppose this motion.

Respectfully submitted,

/s/

Phillip R. Kete
General Counsel, AFGE Local 1923
G-314 West Highrise
6401 Security Blvd.
Baltimore, MD  21235
D.C. Bar No. 375724
(410) 966-6500

February 22, 2007

```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


_____
                              )
ALICE ANN FRIENDS,            )
         Plaintiff,           )
                              )
         v.                   )
                              )  06-CV01762-ESH
JOANNE B. BARNHART,           )
         Defendant.           )
                              )
_____)
```

ORDER

Upon consideration of plaintiff's consent motion for an enlargement of time to respond to defendant's motion for summary judgment, it is hereby

ORDERED that plaintiff's motion is granted.  It is further

ORDERED that plaintiff shall respond to defendant's summary judgment motion by February March 5, 2007.


SO ORDERED this ___ day of _____, 2007.


                                   _____
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge