UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ALICE ANN FRIENDS,             )
          Plaintiff,           )
                               )
          v.                   )
                               )   06-CV01762-ESH
MICHAEL J. ASTRUE,             )
          Defendant.           )
                               )
_____)
```

MOTION FOR AN ENLARGEMENT OF TIME

TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT


Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, plaintiff respectfully moves this court for a three day enlargement of time to respond to defendant's cross-motion for summary judgment.

The additional time is required because weather kept counsel from getting to work this past Sunday, and counsel's supervisor assigned him to an emergency conference yesterday, today, and tomorrow.

For these reasons, plaintiff seeks a three day extension of time, to March 8, 2007, to respond to the pending motion.

Pursuant to LCvR 7(m), counsel for plaintiff has attempted to contact counsel for defendant.  Although an actual discussion about this specific request has not occurred, it is clear from previous conversations that defendant's counsel will not object to this motion.


Respectfully submitted,

/s/

Phillip R. Kete
General Counsel, AFGE Local 1923
G-314 West Highrise
6401 Security Blvd.
Baltimore, MD  21235
D.C. Bar No. 375724
(410) 966-6500

March 7, 2007