IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICE ANN FRIENDS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1762 (ESH) |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant.[1] ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE ITS REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY
JUDGMENT AND RESPONSE TO PLAINTIFF'S MOTION FOR A CONTINUANCE**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for an enlargement of time, up to and including April 2, 2007, to file its reply in further support of its motion for summary judgment and response to Plaintiff's motion for a continuance. In support of this motion, Defendant states the following:

1.  Plaintiff filed her Complaint in this Court on October 17, 2006. In her two-count complaint, Plaintiff asserts claims pursuant to the Rehabilitation Act.

2.  On December 20, 2006, Plaintiff filed a motion seeking partial summary judgment. Plaintiff seeks judgment on Count I of her complaint, in which she alleges that she was denied a reasonable accommodation.

3.  On January 31, 2007, Defendant filed his motion for summary judgment and

---

[1] Pursuant to Rule 25 of the Federal Rules of Civil Procedure, Michael J. Astrue has been automatically substituted as the proper defendant in this case. See Fed. R. Civ. P. 25(d)(1). Mr. Astrue was sworn in as the Commissioner of the Social Security Administration on or about February 1, 2007.

opposition to Plaintiff's motion for partial summary judgment. Plaintiff filed her opposition to Defendant's cross-motion for summary judgment and reply in further support of her motion for summary judgment on March 8, 2007. On that date, Plaintiff also filed a Motion for Continuance to Allow Discovery in Order to Respond to Defendant's Motion for Summary Judgment. Defendant's reply in further support of its motion for summary judgment is due on or before March 19, 2007, and his response to Plaintiff's motion for a continuance is due on or before March 22, 2007.

3.     Due to her substantial caseload, counsel for defendant has not yet had an opportunity to consult with the Agency regarding its reply and response to Plaintiff's motion for a continuance. In particular, in the prior two weeks, counsel had to prepare for and take four separate depositions, submit multiple discovery responses and requests, and file several other pleadings. Accordingly, the undersigned counsel is requesting an extension of time until April 2, 2007, in which to file the Defendant's reply in further support of his motion for summary judgment and his response to Plaintiff's motion for a continuance.

4.     Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that he does not oppose the relief sought in this motion.

A proposed Order accompanies this Motion.

Dated: March 19, 2007

                                      Respectfully submitted,

                                         /s/ Jeffrey A. Taylor
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      United States Attorney

                                         /s/ Rudolph Contreras
                                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                                      Assistant United States Attorney

      /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ALICE ANN FRIENDS**, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 06-1762 (ESH) |
| **JOANNE B. BARNHART**, Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter having come before this Court on Defendant's Consent Motion for an Enlargement of Time to File His Reply Brief in Further Support of his Motion for Summary Judgment and Response to Plaintiff's Motion for a Continuance, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file his reply brief in further support of his motion for summary judgment and his response to Plaintiff's motion for a continuance on or before April 2, 2007.

**SO ORDERED** this _____ day of _____, 200__.

_____
ELLEN SEGAL HUVELLE
United States District Court Judge