IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICE ANN FRIENDS**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL J. ASTRUE,** )<br>Commissioner of the Social Security )<br>Administration, )<br>)<br>Defendant.[1] )<br>) | Civil Action No.: 06-1762 (ESH) |

**DEFENDANT'S CONSENT MOTION FOR A TWO-DAY ENLARGEMENT OF TIME TO FILE HIS REPLY IN FURTHER SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR A CONTINUANCE TO ALLOW DISCOVERY**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a two-day enlargement of time to file Defendant's reply in further support of his motion for summary judgment and opposition to Plaintiff's motion for a continuance to allow discovery. In support of this motion, Defendant states the following:

1.  Plaintiff filed her Complaint in this Court on October 17, 2006. In her two-count complaint, Plaintiff asserts claims pursuant to the Rehabilitation Act. On December 20, 2006, Plaintiff filed a motion seeking partial summary judgment as it pertains to Count I of her Complaint.

2.  On January 31, 2007, Defendant filed his motion for summary judgment and opposition to Plaintiff's motion for partial summary judgment. Plaintiff filed her opposition to

---

[1] Pursuant to Rule 25 of the Federal Rules of Civil Procedure, Michael J. Astrue has been automatically substituted as the proper defendant in this case. See Fed. R. Civ. P. 25(d)(1). Mr. Astrue was sworn in as the Commissioner of the Social Security Administration on or about February 1, 2007.

Defendant's cross-motion for summary judgment and reply in further support of her motion for summary judgment on March 8, 2007.  On that date, Plaintiff also filed a Motion for Continuance to Allow Discovery in Order to Respond to Defendant's Motion for Summary Judgment.  The Court previously granted Defendant an extension of time to file his reply to summary judgment and opposition to Plaintiff's Motion for a Continuance.  Defendant was granted up to and including April 2, 2007, to file its reply and opposition.

3. However, due to a substantial case load, counsel for the Defendant has not completely finalized Defendant's reply and opposition.  Although Defendant's response is substantially complete, Defendant is requesting two additional days to finalize his response.

4. Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that he does not oppose the relief sought in this motion.  A proposed Order accompanies this Motion.

Dated: April 2, 2007

        Respectfully submitted,

          /s/ Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

          /s/ Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR #  434122
        Assistant United States Attorney

          /s/ Michelle N. Johnson
        MICHELLE N. JOHNSON, D.C. BAR # 491910
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W. – Room E4212
        Washington, D.C. 20530
        (202) 514-7139

        COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ALICE ANN FRIENDS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-1762 (ESH) |
| | ) | |
| **JOANNE B. BARNHART**, | ) | |
| Commissioner of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter having come before this Court on Defendant's Consent Motion for a Two-Day Enlargement of Time to File his Reply in Further Support of his Motion for Summary Judgment and Opposition to Plaintiff's Motion for a Continuance to Allow Discovery, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file his reply brief in further support of his motion for summary judgment and his opposition to Plaintiff's Motion for a Continuance to Allow Discovery on or before April 4, 2007.

**SO ORDERED** this _____ day of _____, 200__.

_____
ELLEN SEGAL HUVELLE
United States District Court Judge