UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ALICE ANN FRIENDS,             )
        Plaintiff,             )
                               )
        v.                     )
                               )   06-CV01762-ESH
JOANNE B. BARNHART,            )
        Defendant.             )
                               )
_____)
```

PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION UNDER RULE 56(F)

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, plaintiff respectfully moves this court for a one week enlargement of time to reply to defendant's opposition to plaintiff's motion under Rule 56(f).

On April 5, 2007, defendant filed a memorandum which, among other things, was an opposition to plaintiff's motion under Rule 56(f) to postpone consideration of defendant's summary judgment motion until discovery could be had.

Plaintiff's counsel had a post-hearing brief due by April 6, a religious holiday on April 6, and an arbitration

- 2 -

hearing on April 10.  Plaintiff seeks an extension of time, to April 19, 2007, to file a reply memorandum.

Pursuant to LCvR 7(m), counsel for defendant has been contacted and she does not oppose this motion.

Respectfully submitted,

/s/

Phillip R. Kete
General Counsel, AFGE Local 1923
G-314 West Highrise
6401 Security Blvd.
Baltimore, MD  21235
D.C. Bar No. 375724
(410) 966-6500

April 11, 2007

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

```
_____
                              )
ALICE ANN FRIENDS,            )
        Plaintiff,            )
                              )
        v.                    )
                              )   06-CV01762-ESH
JOANNE B. BARNHART,           )
        Defendant.            )
                              )
_____)
```

## ORDER

Upon consideration of plaintiff's consent motion for an enlargement of time to reply to defendant's opposition to plaintiff's motion under Rule 56(f); it is hereby

ORDERED that plaintiff's motion is granted.  It is further

ORDERED that plaintiff shall respond to defendant's opposition by April 19, 2007.

SO ORDERED this ___ day of _____, 2007.

```
                              _____
                              ELLEN SEGAL HUVELLE
                              United States District Judge
```

- 3 -