UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ALICE ANN FRIENDS,             )
        Plaintiff,             )
                               )
        v.                     )
                               )   06-CV01762-ESH
MICHAEL J. ASTRUE,             )
        Defendant.             )
                               )
_____)
```

PLAINTIFF'S CONSENT MOTION FOR A FURTHER ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION UNDER RULE 56(f)

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, plaintiff respectfully moves this court for a five calendar day enlargement of time to reply to defendant's opposition to plaintiff's motion under Rule 56(f).

The reply is currently due Thursday, April 19, 2007. Counsel believed that an EEOC case which has been scheduled for trial on April 19 and 20 would certainly settle. It is now clear that it will not.

For this reason, counsel requests a five calendar enlargement, to April 24, to file the reply memorandum.

Pursuant to LCcR 7(m), counsel for defendant has been contacted, and she does not oppose this motion.

Respectfully submitted,

/s/

Phillip R. Kete
General Counsel, AFGE Local 1923
G-314 West Highrise
6401 Security Blvd.
Baltimore, MD  21235
D.C. Bar No. 375724
(410) 966-6500

April 17, 2007

```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

_____
                              )
ALICE ANN FRIENDS,            )
        Plaintiff,            )
                              )
        v.                    )
                              ) 06-CV01762-ESH
MICHAEL J. ASTRUE,            )
        Defendant.            )
                              )
_____)
```

ORDER

Upon consideration of plaintiff's consent motion for an enlargement of time to reply to defendant's opposition to plaintiff's motion under Rule 56(f);  it is hereby

ORDERED that plaintiff's motion is granted.  It is further

ORDERED that plaintiff shall respond to defendant's opposition by April 24, 2007.


SO ORDERED THIS ___ day of April, 2007.


                              _____
                              ELLEN SEGAL HUVELLE
                              United States District Judge