UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE ANN FRIENDS,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>**Commissioner of the Social Security Administration**,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  06-01762 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons explained in the accompanying memorandum opinion, plaintiff's motion for partial summary judgment [Dkt. 4] is **DENIED** with prejudice; defendant's cross-motion for summary judgment [Dkt. 8] is **DENIED** with prejudice as to Count I and without prejudice as to Count II; plaintiff's Rule 56(f) motion [Dkt. 14] is **GRANTED**; and it is hereby

**ORDERED** that an initial scheduling conference is set for July 27, 2007 at 11:30 a.m.

                                     /s/
                              ELLEN SEGAL HUVELLE
                              United States District Judge

Date: July 5, 2007