UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                              )
ALICE ANN FRIENDS,            )
          Plaintiff,          )
                              )
       v.                     )
                              )   06-CV01762-ESH
MICHAEL J. ASTRUE,            )
Commissioner of the Social    )
Security Administration,      )
                              )
          Defendant.          )
                              )
                              )
```

## JOINT SCHEDULING REPORT

The parties have conferred in accordance with Local Civil
Rule 16.3(c). Accordingly, the parties file the following
report:

Joint Statement of the Case:  This is a discrimination
action filed pursuant to the Rehabilitation Act.
Plaintiff, who is deaf, alleges that Defendant denied her
reasonable accommodations and wrongfully terminated her
employment as a result of not accommodating her and as
retaliation for seeking accommodation.  Defendant contends
that Plaintiff was not otherwise qualified for her position
and, in any event, although certain of the accommodations
Plaintiff requested were unreasonable, Defendant provided

Plaintiff with reasonable accommodations.  Defendant further contends that Plaintiff was terminated for a legitimate reason and not because of her disability or protected activities.

Statement of Jurisdiction:  The Rehabilitation Act of 1973, 29 U.S.C. § 701, et seq.

Below the parties address the specific items to be discussed pursuant to Local Civil Rule 16.3(c):

(1)  Defendant believes there is a possibility that this matter can be resolved with the filing of a dispositive motion after the close of discovery.  Plaintiff disagrees.

(2)  There will be no need for joinder of other parties or for the pleadings to be amended.  None of the factual or legal issues can be narrowed or resolved by agreement.

(3)  The case should not be assigned to a magistrate judge for all purposes.

(4)  It may be possible to settle the case.  Defendant is willing to engage in settlement discussions provided that Plaintiff provide an initial settlement demand.

(5)   Plaintiff believes this case would not benefit from use of the alternative dispute resolution procedures. Defendant is amenable to mediation or settlement discussions provided that Plaintiff provides an initial settlement demand.

(6)   The deadline for filing motions for summary judgment should be 45 days after the close of discovery.

(7)   The parties will exchange Rule 26(a)(1) initial disclosures within 30 days after the scheduling conference.

(8)   The parties believe that 120 days is sufficient for discovery.  The parties agree to abide by the Federal Rules of Civil Procedure and the local rules of this Court regarding the limits of discovery.  The parties believe that a protective order may be necessary at some point prior to the production of any sensitive, Privacy Act protected materials.

(9)   Exchange of expert witness reports and information will be accomplished under the Rule 26(a)(2) schedule.

(10)   Not applicable.

(11)   Neither discovery nor trial should be bifurcated.

(12) The parties agree that a pretrial conference should be scheduled for 60 days following the close of

discovery.  Defendant believes that a pretrial conference
should be held within 60 days following the ruling on any
dispositive motions.  Plaintiff would like a pretrial
conference within 30 days after such a ruling.

(13) A firm trial date should be set at the pretrial
conference.

(14) There are no other matters to be discussed by the
parties at this time.

Respectfully submitted,

_____/s/_____             _____/s/_____
Philip Robert Kete                Jeffrey A. Taylor, DC BAR
General Counsel, AFGE             #498610
Local 1923
G-314 West Highrise               _____/s/_____
6401 Security Blvd.               Rudolph Contreras, DC BAR
Baltimore, MD 21235              #434122
D.C. Bar No. 375724
(410) 966-6500                    _____/s/_____
                                  Michelle Johnson, DC BAR
COUNSEL FOR PLAINTIFF             #491910
                                  Assistant United States
                                  Attorney
                                  U.S. Attorney's Office
                                  Civil Division
                                  555 4th Street, NW
                                  Washington, DC 20530
                                  (202) 514-7139

                                  COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                               )
ALICE ANN FRIENDS,             )
          Plaintiff,           )
                               )
          v.                   )
                               )   06-CV01762-ESH
JMICHAEL J. ASTRUE,            )
Commissioner of the Social     )
Security Administration,       )
                               )
          Defendant.           )
                               )
                               )
```

## PROPOSED INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Rule 16.3 Report and the entire record herein, it is this ____ day of _____, 2007 hereby,

ORDERED that the parties shall abide by the following dates, deadlines and limitations:

Rule 26(a)(1) disclosures:        30 days from the date of this Order.

Close of all discovery:           120 days from the date of this Order.

Deadline for filing
dispositive motions:              45 days after close of discovery.

Pre-trial Conference:          60 days after close of

                               discovery, or if there is a

                               ruling on a dispositive

                               motion, 30 days after the

                               ruling on such motion

                               (Plaintiff's proposal) **OR** 60

                               days after the ruling on such

                               motion (Defendant's

                               proposal).


IT IS SO ORDERED.

Date: _____          _____

                               UNITED STATES DISTRICT JUDGE