```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

|  |  |  |
|---|---|---|
| ALICE ANN FRIENDS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 06-CV01762-ESH |
| JOANNE B. BARNHART, | ) | |
| Defendant. | ) | |

CONSENT MOTION FOR ENLARGEMENT OF TIME FOR
FILING RULE 26(a)(1) DISCLOSURES

Plaintiff respectfully moves to amend the scheduling order to provide that Rule 26(a)(1) disclosures will be made by September 10, 2007.

Because of scheduling complications, the mediation before Magistrate Judge Facciola will not take place until September 25, 2007.  Providing the Rule 26(a)(1) disclosures by September 10 will give both parties two weeks to review each other's disclosures in preparation for the mediation.

Defendant has no objection to this motion.

Respectfully submitted,

/s/

Phillip R. Kete
General Counsel, AFGE Local 1923
G-314 West Highrise
6401 Security Blvd.
Baltimore, MD  21235
D.C. Bar No. 375724
(410) 966-6500

```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

```
_____
                              )
ALICE ANN FRIENDS,            )
        Plaintiff,            )
                              )
        v.                    )
                              )  06-CV01762-ESH
JOANNE B. BARNHART,           )
        Defendant.            )
                              )
_____)
```

ORDER

Upon consideration of plaintiff's consent motion, it is this _____ day of August, 2007, ORDERED:

That plaintiff's motion is granted;  and

The parties will make their Rule 26(a)(1) disclosures by September 10, 2007.

_____
ELLEN S. HUVELLE
U.S. DISTRICT JUDGE