UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICE ANN FRIENDS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL J. ASTRUE,** )<br>  Commissioner, Social )<br>Security Administration, )<br>)<br>Defendant. )<br>_____ ) | C.A. No. 06-1762 (ESH) |

### JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to the above action join in moving the Court, pursuant to Rule 6(b), Fed. R. Civ. P., to amend the Scheduling Order of July 27, 2007, and extend the close of discovery from November 30, 2007 up to and including January 31, 2008.

The grounds in support of this Motion are as follows:

1.)  In accordance with the Court's Scheduling Order, the parties to this action have exchanged initial disclosures and written discovery after the initial status conference.

2.)  Both parties have served discovery requests and are currently engaged in responding to the opposing party's discovery requests.

3.)  Due to the demanding case loads of each party's counsel, the parties expect that more time than was originally contemplated will be needed to complete discovery. Notably, each

1

party anticipates deposing several witnesses in this case, and the impending holidays in conjunction with counsels' demanding case loads have limited the dates available for these depositions to be conducted. Therefore additional time is required to afford the parties sufficient time to complete discovery.

4.) Accordingly, the parties join in moving the Court to extend the discovery cut-off date in this action from November 30, 2007, until January 31, 2008.[1]

WHEREFORE, the parties join in moving the Court to amend the Scheduling Order and extend the discovery deadline up to and including January 31, 2008.


Respectfully submitted,

| ____/s/_____ | ____/s/_____ |
|---|---|
| Philip Robert Kete | Jeffrey A. Taylor, DC BAR |
| General Counsel, AFGE | #498610 |
| Local 1923 | |
| G-314 West Highrise | ____/s/_____ |
| 6401 Security Blvd. | Rudolph Contreras, DC BAR |
| Baltimore, MD 21235 | #434122 |
| D.C. Bar No. 375724 | |
| (410) 966-6500 | ____/s/_____ |
| | Michelle Johnson, DC BAR |
| COUNSEL FOR PLAINTIFF | #491910 |
| | Assistant United States Attorney |
| | U.S. Attorney's Office |

---

[1] The Court's Scheduling Order set a status conference for December 7, 2007, at 9:45 a.m. The parties defer to the Court whether to retain that status conference. In the event the Court determines that the December 7th status conference is no longer required, the parties have conferred and are available for a rescheduled status conference any time during the month of February, with the exception of February 15th through the 25th and the morning of February 29th.

```
                              Civil Division
                              555 4th Street, NW
                              Washington, DC 20530
                              (202) 514-7139

                              COUNSEL FOR DEFENDANT
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICE ANN FRIENDS,**      )<br>                             )<br>     Plaintiff,            )<br>                             )<br>          v.               )<br>                             )<br>**MICHAEL J. ASTRUE,**        )<br>   Commissioner, Social     )<br>Security Administration,    )<br>                             )<br>     Defendant.            )<br>_____)<br>_____)<br>_____) | C.A. No. 06-1762 (ESH) |

### [PROPOSED] ORDER

This matter having come before the Court on the parties' Joint Motion to Amend Scheduling Order, and it appearing that the grant of the motion would be in the interests of justice, it is hereby

**ORDERED** that the parties' Joint Motion to Amend Scheduling Order is hereby **GRANTED.**  And it is further

**ORDERED** that discovery in this matter is hereby extended up to and including January 31, 2008.

**SO ORDERED** on this ___ day of November, 2007.


                              _____
                              UNITED STATES DISTRICT JUDGE