UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE ANN FRIENDS,    )<br>                       )<br>    Plaintiff,       )<br>                       )   C.A. No. 06-1762 (ESH)<br>        v.             )<br>                       )<br>MICHAEL J. ASTRUE,     )<br>  Commissioner, Social )<br>Security Administration,)<br>                       )<br>    Defendant.         )<br>_____)| |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION OUTSIDE OF DISCOVERY

Defendant, Michael J. Astrue, moves the Court, pursuant to Rule 6(b), Fed. R. Civ. P., to grant him leave to depose the plaintiff outside of the discovery period. The grounds in support of this Motion are as follows:

1.) In accordance with the Court's Scheduling Order, the parties to this action have exchanged initial disclosures and written discovery after the initial status conference. Discovery is currently scheduled to close on January 31, 2008.

2.) Plaintiff's counsel has taken the depositions of five agency employees. Defendant has deposed one former employee, identified by plaintiff as a potential witness. Plaintiff's deposition had been scheduled to occur on January 24, 2008 and

plaintiff made a request for an ASL interpreter to be present during her deposition.

3.) However, a day prior to the deposition, the undersigned counsel was contacted by the interpreter and, through discussions, learned that the interpreter was not certified. Undersigned counsel was also informed for the first time that the interpreter would require a second interpreter to be present because the deposition was expected to last more than two hours. Counsel was unsuccessful in her efforts to find replacement interpreter(s) in time for the deposition.

4.) Accordingly, defendant respectfully asks that the Court grant him leave to take the plaintiff's deposition outside of the discovery period. Defendant has scheduled the deposition for February 6, 2008, and has ensured that the requisite interpreters will be available. Plaintiff has indicated that she will not oppose this motion.

WHEREFORE, defendant requests that the Court permit him leave to conduct plaintiff's deposition outside the discovery period.

                          Respectfully submitted,

                          /s/ Jeffrey A. Taylor
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney

  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office – Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALICE ANN FRIENDS,**    )<br>                             )<br>     Plaintiff,           )<br>                             )<br>     v.                      )<br>                             )<br>**MICHAEL J. ASTRUE,**       )<br>   Commissioner, Social      )<br>Security Administration,     )<br>                             )<br>     Defendant.             )<br>_____)<br>_____) | C.A. No. 06-1762 (ESH) |

### [PROPOSED] ORDER

This matter having come before the Court on defendant's Unopposed Motion for Leave to Take Plaintiff's Deposition Outside of Discovery, and it appearing that the grant of said motion would be in the interests of justice, it is hereby

**ORDERED** that defendant's Unopposed Motion for Leave to Take Plaintiff's Deposition Outside of Discovery is hereby **GRANTED.** And it is further

**ORDERED** that defendant may depose plaintiff on February 6, 2008.

**SO ORDERED** on this _____ day of _____, 2008.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE