UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALICE ANN FRIENDS,  )
    Plaintiff,  )
)
v.  )    Civil Action No. 06-CV01762-ESH
)
MICHAEL J. ASTRUE,  )
    Defendant.  )
_____)

NOTICE OF ENTRY OF APPEARANCE

Jill D. Sege, of The Sege Law Office, LLC wishes to enter her appearance on behalf of the Plaintiff, Alice Ann Friends, in the above captioned matter.

Respectfully Submitted,

_____/S/_____
Jill D .Sege
The Sege Law Office, LLC
7272 Wisconsin Avenue
Bethesda, Maryland 20814
(301)675-7701

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2008, a copy of the foregoing Notice of Entry of Appearance was sent through electronic transmission and mailed first class to Michelle Johnson, Assistant United States Attorney, 555 4th Street, NW, Washington, D.C. 20530.

_____/S/_____
Jill D. Sege