**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ALICE ANN FRIENDS**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 06-1762 (ESH) |
| **MICHAEL J. ASTRUE**, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please **add** the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for the federal government defendant in the above-captioned case.

/s/
Marina Utgoff Braswell (D.C. Bar #416587)
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530